

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith McBean, Trustee of the Teresa McGee Living Trust Dated January 4, 2012<br><br>**Plaintiff,**<br><br>V.<br><br>United of Omaha Life Insurance Company; By Referral Only, Inc.<br><br>**Defendant.** | Civil Action No.   18cv166-MMA(JLB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 Judgment is in favor of Defendants United of Omaha Life Insurance Company and By Referral Only, Inc. on Plaintiff's first cause of action for recovery of benefits, in favor of Defendant United of Omaha Life Insurance Company on Plaintiff's second cause of action for equitable surcharge, and in favor of Plaintiff and against Defendant By Referral Only, Inc. on Plaintiff's second cause of action for equitable surcharge in the face value of the Policies, or $143,550.00.

| | |
|---|---|
| **Date:**         4/5/19 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  R. Chapman<br>                                            R. Chapman, Deputy |